[866 NE2d 1041, 834 NYS2d 713]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM E. MILLER, Appellant.

Argued March 27, 2007; decided April 26, 2007

APPEARANCES OF COUNSEL

*Edward J. Nowak, Public Defender*, Rochester (*David M. Abbatoy, Jr.*, of counsel), for appellant.

*Michael C. Green, District Attorney*, Rochester (*Stephen X. O'Brien* of counsel), for respondent.

**OPINION OF THE COURT**

Order affirmed. Defendant's argument that he did not receive a hearing in accordance with due process of law is unpreserved for our review. We do not accept defendant's contention that the error here, if any, constitutes a mode of proceedings error.

Concur: Chief Judge KAYE and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.